*In re* COMISIÓN DE ACCESO A LA JUSTICIA.

*Número:* EN-2004-7      *Resuelto:* 28 de septiembre de 2004

## RESOLUCIÓN

Se enmienda la Resolución EM-2004-2 del Tribunal Supremo de 24 de febrero de 2004, a los efectos de sustituir al Lcdo. Carlos Mondríguez Torres por el Lcdo. Julio Fontanet Maldonado, actual Presidente del Ilustre Colegio de Abogados de Puerto Rico. El Tribunal le agradece al licenciado Mondríguez sus aportaciones y colaboración en los trabajos de la Comisión de Acceso a la Justicia.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*